APPEAL ASSIGNMENT CARD

| Cause #: | 2009-04966 | | Court # | 333RD | Judgment Date: | 9/29/2014 |
|---|---|---|---|---|---|---|
| Volume: | | | Page: | | Image #: | 62536521 |
| File Date: | 2/21/2015 | | Attorney Bar No: | | 11203180 | |
| Due Date: | 1/27/2015 | | Assigned to FIRST Court of Appeals | | | |
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | | | | | 10/29/2014 | |
| Request for Transcript Filed? | | NONE | | | CR | |
| Notice of Appeal previously filed? Y | | | | | OA | |
| Number of Days: | 120 | | | | | |
| File Ordered: | | | | | | |
| Notes: Under Appellate no: 01-14-01026-CV; CROSS-APPEAL | | | | | | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 9:34:54 AM
CHRISTOPHER A. PRINE
Clerk

BC      Notice of Appeal filed
BG      Notice of Appeal filed – Government
C       Appealing Final Judgment
CR      Cross-Appeal
D -     Accelerated Appeal
OA       No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

## CAUSE NO. 2009-04966

| | | |
|---|---|---|
| MARC JAN LEVESCONTE, | § | IN THE 333RD |

MARC JAN LEVESCONTE, §   IN THE 333RD
    PLAINTIFF §

VS. §   JUDICIAL DISTRICT COURT
§
ENSIGN SERVICES, L.L.C., §
F/K/A FE SERVICES, LLC, §
D/B/A FOXXE ENERGY SERVICES, §
L.L.C., §
FE SERVICES HOLDINGS, INC. AND §
JAMES C. STEWART §
    DEFENDANTS. §   HARRIS COUNTY, TEXAS

## PLAINTIFF'S NOTICE OF CROSS APPEAL

Notice is hereby given of Plaintiff Marc Jan Levesconte's Appeal of the Final Judgment to the First District Court of Appeals.

1. The parties that wish to file the appeal are Marc Jan Levesconte

2. On September 29, 2014, a Final Judgment was signed by the 333rd Judicial District Court, Harris County Texas. A copy of said judgment is attached.

3. Defendants' Motion for New Trial was filed on October 39, 2014 and denied by operation of law on December 13, 2014.

4. This is a cross appeal related to Defendants' appeal already assigned to the First Court of Appeals

Respectfully Submitted,

THE KELLEY LAW FIRM

By:_/s/: Lloyd E. Kelley_____
    LLOYD E. KELLEY
    2726 Bissonnet #240
    PMB# 12
    Houston, Texas 77005
    Telephone: 281-492-7766
    Telecopier: 281-652-5973
    kelley@lloydekelley.com

1

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record on this the 21st day of February, 2015.

_/s/: Lloyd E. Kelley_____
LLOYD E. KELLEY

CASE NUM: 200904966__ PJN> __   TRANS NUM: _____ CURRENT COURT: 333 PUB? _
CASE TYPE: BREACH OF CONTRACT             CASE STATUS: CASE ON APPEAL
STYLE: FE SERVICES L L C                  VS LEVESCONTE, MARC JAN
================================================================================
                      **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT
_    00002-0002 XPL 11203180 LEVESCONTE, MARC JAN              KELLEY, LLOYD
_    00001-0002 XDF 24059828 FE SERVICES L L C          D  GLENN, CLEVE
_    00010-0001 DEF 24029470 STEWART, JAMES                MATA, EMMA C.
_    00009-0001 AGT          F E SERVICES HOLDINGS INC BY S
_    00008-0001 XDF 24029470 F E SERVICES HOLDINGS INC      MATA, EMMA C.
_    00007-0001 XDF 24029470 ENSIGN ENERGY SERVICES, INC.    MATA, EMMA C.
_    00006-0001 XDF          D.B. ZWIRN & CO.
_    00005-0001 XDF 24070819 FOXXE ENERGY SERVICES LLC BY S  D WEBER, ANN MA

==> (13) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 200904966__ PJN> __   TRANS NUM: _____ CURRENT COURT: 333 PUB? _
CASE TYPE: BREACH OF CONTRACT             CASE STATUS: CASE ON APPEAL
STYLE: FE SERVICES L L C                  VS LEVESCONTE, MARC JAN
================================================================================
                      **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT
_    00004-0001 XDF 24029470 STEWART, JAMES, CEO OF FOXXE E   MATA, EMMA C.
_    00003-0001 MED 06318200 DYER, PATRICK JOSEPH
_    00002-0001 DEF 11203180 LEVESCONTE, MARC JAN             KELLEY, LLOYD
_    00001-0001 PLT 24029470 FE SERVICES L L C                MATA, EMMA C.
_    00001-0001 PAP 24038188 SALDIVAR, EDGAR




==> (13) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 200904966__ PJN> __   TRANS NUM: _____ CURRENT COURT: 333 PUB? _
CASE TYPE: BREACH OF CONTRACT             CASE STATUS: CASE ON APPEAL
STYLE: FE SERVICES L L C                  VS LEVESCONTE, MARC JAN
================================================================================
                      **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT




==> (0) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP